STATE ex rel. SOMMER, et al., Respondents, v. THE INTERSTATE SURETY COMPANY, Appellant.

(187 N. W. 637.)

(File No. 5038.   Opinion filed April 13, 1922.)

Appeals—No Brief Within Stipulated Period—Appeal Deemed Abandoned—Affirmance.

More than four months having elapsed since notice of appeal filed, and appellant having failed for over two months after date of period within which by stipulation he might file brief, and no briefs, stipulations or other papers being filed by appellant, appeal is deemed abandoned, and order appealed from is affirmed.

Sherwood, J., not sitting.

Appeal from Circuit Court, Brown County.   Hon. Frank Anderson, Judge.

Action by the State of South Dakota on the relation of H. J. Somer and others, against the Interstate Surety Company. From an order defendant appeals. Affirmed.

*W. F. Corrigan,* and *Sterling & Clark,* for Appellant.

*Williamson, Williamson & Smith,* for Respondents.

PER CURIAM. On December 2, 1921, notice of appeal was filed in this court in the above-entitled action. By stipulation filed the time for serving and filing appellant's brief was extended to February 15, 1922. Since that date no briefs, stipulations, or other papers whatever have been filed by appellant. Appellant being in default, the appeal will be deemed abandoned, and the order appealed from will be affirmed.

SHERWOOD, J., not sitting.